# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| **v.** | : | **No. 11-644** |
| **LAWRENCE FUDGE** | : | |

## ORDER

**AND NOW**, this 2nd day of April, 2021, upon consideration of Defendant's "Emergency Renewed Motion to Reduce Sentence Pursuant 18 U.S.C. § 3582(c)(1)(A)(i)" (ECF No. 206) and following the hearings held on January 27, 2021, February 16, 2021, and March 23, 2021, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion (ECF No. 206) is **DENIED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**